IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DALVIN DEAN CANDLER                                                                                    PLAINTIFF

v.                                         NO. 1:07CV00031 JLH

CLAUDIA NOBLES, Circuit Court Clerk,
Independence County, Arkansas;
STEPHEN CHOATE, Circuit Court Judge,
Independence County, Arkansas;
KEITH BOWERS, Sheriff, Independence
County, Arkansas; TODD ALLEN,
Attorney, Independence County,
Arkansas, Child Support Enforcement
Agency; and LAURA MOTT, Director,
Independence County, Arkansas,
Child Support Enforcement Agency                                                                    DEFENDANTS

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  The Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Service of process is not appropriate at this time, and plaintiff Dalvin Dean Candler ("Candler") shall not be allowed to proceed against the defendants at this time because they are either shielded by immunity or, alternatively, traditional concerns of equity, comity, and federalism counsel against exercising jurisdiction at this time.  This proceeding is stayed pending the resolution of the child support enforcement cases in Independence County, Arkansas, Circuit Court.  The Clerk of the Court for the United States District Court, Eastern District of Arkansas, is directed

to administratively terminate this proceeding. It will only be re-opened upon Candler's submission of a motion to re-open accompanied by the final order and judgment, including appeals, from the Independence County Circuit Court in the child support enforcement cases.

IT IS SO ORDERED this 23d day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE